[Cite as *Abdul-Khaliq v. Hrebluk*, 2020-Ohio-1262.]

COURT OF APPEALS
LICKING COUNTY, OHIO
FIFTH APPELLATE DISTRICT


| | |
|---|---|
| OMRAN ABDUL-KHALIQ | JUDGES:<br>Hon. William B. Hoffman, P.J. |
| Plaintiff-Appellant | Hon. John W. Wise, J.<br>Hon. Earle E. Wise, Jr., J. |
| -vs- | |
| | Case Nos. 2019 CA 00114 and<br>2019 CA 00116 |
| ANTHONY HREBLUK dba<br>DECORATIVE CURB & CONCRETE | |
| Defendant-Appellee | O P I N I O N |


CHARACTER OF PROCEEDING:     Civil Appeal from the Municipal Court, Case
                             No.  18 CVH 01562


JUDGMENT:                    Affirmed


DATE OF JUDGMENT ENTRY:      March 31, 2020


APPEARANCES:

For Plaintiff-Appellant          For Defendant-Appellee

OMRAN ABDUL-KHALIQ               CARL MCCOY
924 Glenmore Avenue             57 East Main Street
Newark, Ohio  43055             Newark, Ohio  43055


TOPIC:  Breach of contract